UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jerome Capelton</u>

       v.                             Case No. 15-cv-00312-JL

<u>United States of America</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 5, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: June 1, 2016

cc:   Jerome Capelton, pro se